UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHRUTI SHETTY,<br><br>      Plaintiff,<br><br>   vs.<br><br>ALPHABET, et al.,<br><br>      Defendants. | Case No: C 17-00589 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REQUEST CHANGE OF JUDGE**<br><br>Dkt. 13 |

      Plaintiff Shruti Shetty ("Plaintiff"), proceeding pro se and in forma pauperis ("IFP"), has filed a Motion to Request Change of Judge to Expedite Case Given Perversion of Justice. Dkt. 13. Although the motion is generally incoherent, it appears to make two requests: (1) reassignment of another case—No. 16-CV-06012—that Plaintiff has pending before Judge Haywood Gilliam, Jr.; and (2) transfer of both this case and the case before Judge Gilliam to a court in San Francisco.

      The Court notes that Plaintiff has already made, and the Court has already denied, a request to transfer the instant action to San Francisco. See Mot. to Transfer Case to SF, Dkt. 11; Order Denying Pl.'s Request, Dkt. 12.

      Regarding Plaintiff's request to reassign the case pending before Judge Gilliam and/or to transfer that case to San Francisco, this Court has no authority to reassign or transfer a case pending before another district judge. See generally In re McBryde, 117 F.3d 208, 225 n.11 (5th Cir. 1997) ("[T]he structure of the federal courts does not allow one judge of a district court to rule directly on the legality of another district judge's judicial acts or to deny another district judge his or her lawful jurisdiction.") (quoting Dhalliun v.

1 | McKibben, 682 F. Supp. 1096 (D. Nev. 1988)).

2 |     Additionally, the Court notes that cases in this district are assigned blindly and at random by the Clerk of the Court.  General Order No. 44; 28 U.S.C. § 137 ("The business of a court having more than one judge shall be divided among the judges as provided by the rules and orders of the court.").  Absent recusal or some other inability to serve on the part of the assigned judge, reassignment is not authorized.

    Accordingly, Plaintiff's motion is DENIED.

    IT IS SO ORDERED.

Dated: 3/28/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge